Ronald N. Richards (SBN 176246)
LAW OFFICE OF RONALD RICHARDS &
ASSOCIATES, APC
P.O. Box 11480
Beverly Hills, CA  90213
Tel: (310) 556-1001
Fax: (310) 277-3325
E-mail:  ron@ronaldrichards.com

Attorneys for Plaintiffs,
STRATEGIC ACQUISITIONS, INC.,
MAKE IT NICE, LLC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STRATEGIC ACQUISITIONS, INC., a California corporation; MAKE IT NICE, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. **2:17-cv-06770-ODW-JC**<br><br>**PLAINTIFFS' NOTICE OF INTENT TO FILE A FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P 15**<br><br>Honorable Otis D. Wright II<br><br>Courtroom: 5D |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs intend to file a First Amended Complaint in this action, prior to October 23, 2017, the date of hearing on Defendant's Motion to Dismiss.

Pursuant to Federal Rules of Civil Procedure, Rule 15(a)(1)(B), Plaintiffs "may amend [their] pleading once as a matter of course within…21 days after service of a responsive pleading."  Defendants' responsive pleading was filed and served, via ECF, on September 21, 2017.  Therefore, as a matter of right, Plaintiffs have until October 12, 2017, 21 days from that date to file a First Amended Complaint.

Had Defendant done a proper pre-filing conference per Local Rule 7-3, Defendant's counsel would have known that Plaintiffs intended on filing a First Amended Complaint.  Defendant's counsel's declaration in support of its Motion to Dismiss (Dkt 9-2) outlines the meet and confer attempts, or rather, lack thereof.  Mr. Meehan called Mr. Richards while he was out of town.  Defendant's counsel acknowledges that Mr. Richards was traveling for business, did not have his case file with him, and therefore was not in a position to discuss this case substantively.  Exhibit 1 to Mr. Meehan's declaration (p. 157) is an email from Mr. Richards confirming that they did not have a pre-filling conference per LR 7-3 as Mr. Richards was out of town and did not have his file.  As the responding and moving party, it was Mr. Meehan's burden to timely schedule and hold a proper pre-filing conference per the rule.  Mr. Richards even agreed to stipulate to a 15-day extension for Defendant to respond.  Mr. Meehan never produced a proposed stipulation for Mr. Richards to review and sign.

Plaintiffs respectfully request that the Court not consider Defendant's Motion to Dismiss, which will ultimately become moot upon the filing of the First Amended Complaint.

LAW OFFFICES OF RONALD RICHARDS & ASSOCIATES, APC

Dated:        October 6, 2017       By: /s/Ronald Richards
                                         Ronald Richards,
                                         Attorney for Plaintiffs,
                                         STRATEGIC ACQUISITIONS, INC.,
                                         MAKE IT NICE, LLC.