

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**KIRY K. GRAY**
Clerk of Court

**WESTERN DIVISION**
312 North Spring Street, Room G–8
Los Angeles, CA 90012
Tel: (213) 894–3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701–4516
(714) 338–4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328–4450

October 25, 2017

 Los Angeles Superior Court 
 111 North Hill Street 
 Los Angeles, CA 90012 

Re:  Case Number: _____2:17–cv–06770–ODW–JC_____
     Previously Superior Court Case No. _____BC672352_____
     Case Name: _____STRATEGIC ACQUISITIONS, INC. ET AL V. GREAT AMERICAN INSURANCE COMPANY ET AL_____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____10/25/17_____, the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By:  _/s/ Linda Chai_
     Deputy Clerk
     Linda_Chai@cacd.uscourts.gov
     Western Division

*cc: Counsel of record*

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: _____
_____      Deputy Clerk
Date

CV–103 (10/15)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)